# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style: Karnofsky v. Massachusetts Mutual Life Ins. Co.
Dist. Ct. No.: 2:14-cv-00949-PMD    District: South Carolina -- Charleston Division
Date Notice of Appeal filed: March 13, 2017    Court of Appeals No.: 17-1328
Name of Court Reporter/Electronic Rec. (use separate form for each reporter): Debbie Potocki
Address of Reporter: US District Court, P.O. Box 835, Charleston, SC 29402

Appellant must order any necessary transcript within 14 days of noting the appeal by completing a separate transcript order form for each reporter, submitting the orders to the court reporters and the district court, and attaching copies to the docketing statement filed in the court of appeals. The completed order form must show that necessary financial arrangements have been made. In CJA cases, counsel must certify that AUTH-24 requests have been submitted through the **district court's eVoucher system** for approval by the district judge. Once the transcript has been prepared, counsel also submits the CJA-24 voucher for payment in the district eVoucher system. For assistance, see District eVoucher Contacts for Transcript Authorization and Payment.

In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered, along with any necessary hearing transcripts (e.g., suppression hearings). In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☐ Sentencing | |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☑ Other (specify) | Entire trial October 31, November 1, 2, 3, and 4, 2016 |

**TOTAL ESTIMATED PAGES** 900

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made as follows:
☑ Private funds. (Deposit of $ 3300 enclosed with court reporter's copy. Check No. 5374.)
☐ CJA AUTH-24 request submitted in district eVoucher system..
☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
☐ Federal Public Defender - no CJA 24 authorization necessary.
☐ United States appeal - copy of litigation expense form attached, if applicable.

C. Transcript is requested in ☐ paper format ☑ electronic format

Signature: /s/ Nathan M. Crystal    Typed Name: Nathan M. Crystal
Address: 6 Marbel Lane, Charleston, SC 29403
Email: nmcrystal@cgcfirm.com    Telephone No.: 803-331-2826
Date Sent to Reporter: March 13, 2017

02/06/2017 CAD